```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-2589
     Facsimile: (213) 894-6269
     E-mail: pio.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

Termed 8/23/06

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. 06-2204 CBM (AJWx) |
| Plaintiff, | [proposed] **CONSENT JUDGMENT** |
| v. | |
| $109,716.66 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, on April 11, 2006, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, seeking forfeiture of the defendant $109,716.66 in U.S. Currency (the "defendant property") pursuant to 21 U.S.C. 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) & (C);

AND WHEREAS, the government has caused process to be served on the defendant property, notice to be published, and a claim letter to be served on claimant Marjan Sarshar ("Sarshar");

AND WHEREAS, Sarshar filed her Answer, denying the

government's allegations and claiming that she was the rightful owner of the defendant property;

AND WHEREAS, on or about August 23, 2006, the Clerk of Court entered default against all potential claimants other than Sarshar;

AND WHEREAS, on or about August 23, 2006, this action was stayed pursuant to 18 U.S.C. § 981(g) on the grounds that continuation of this action would burden Sarshar's right against self-incrimination, and civil discovery would adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal action;

AND WHEREAS, the parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this Consent Judgment,

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 21 U.S.C. 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) & (C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than Sarshar. The Court deems that all potential claimants other than Sarshar admit the allegations of the Complaint for Forfeiture to be true.

4. The defendant $109,716.66 and any interest accrued

2

thereon are hereby forfeited to the United States of America, which shall dispose of the same according to law.

5.  Sarshar hereby releases the United States of America and its agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Internal Revenue Service and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action or to the seizure or possession of the defendant. The claimant represents and agrees that she has not assigned and is the rightful owner of such claims, causes of action and rights.

6.  The Court finds that there was reasonable cause for the seizure of the defendant property and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

7. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: May 27, 2011         /s/ C. B. Marshall
                            HONORABLE CONSUELO B. MARSHALL
                            United States District Judge

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: May 26, 2011         ANDRÈ BIROTTE JR.
                            United States Attorney

                            /s/ PIO S. KIM
                            PIO S. KIM
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

DATED: April 22, 2011       /s/ MARJAN SARSHAR
                            MARJAN SARSHAR
                            Claimant

DATED: May 12, 2011         /s/ MARK J. HATHAWAY
                            MARK J. WERKSMAN/MARK HATHAWAY
                            Attorney for Marjan Sarshar